# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, et al.,<br><br>    Defendants. | Case No. 1:12-cv-01839 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY<br>[ECF No. 23]<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE PETITION FOR WRIT OF MANDAMUS<br>[ECF No. 30] |

Plaintiff Dion Anderson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

This action was filed on November 5, 2012. On May 17, 2013, the Court issued a screening order dismissing the action, with leave to amend, for failure to state a claim. On June 7, 2013, Plaintiff filed a motion for reconsideration regarding the order dismissing the action. The undersigned denied the motion on October 31, 2013. Plaintiff requested reconsideration by the District Judge, and on January 3, 2014, the District Judge denied the motion. On January 21, 2014, Plaintiff sought an interlocutory appeal to the Ninth Circuit Court of Appeals. He filed a motion for stay of the proceedings on the same date. The appeal was processed on January 22, 2014, and the Ninth Circuit dismissed the appeal on February 21, 2014. Plaintiff then filed a petition for writ of mandamus in the Ninth Circuit on March 13, 2014. On March 28, 2014, he filed a copy of the petition in this Court which erroneously appears on the docket as a

motion/petition for writ of mandamus directed to this Court. On May 12, 2014, the Ninth Circuit denied the petition for writ of mandamus.

Insofar as the interlocutory appeal has been denied, Plaintiff's motion for stay of the proceedings pending the appeal is DENIED as moot. In addition, the Clerk of Court is DIRECTED to correct the docket entry for the motion for writ of mandamus [ECF No. 30] to "Courtesy Copy of Petition for Writ of Mandamus filed in Ninth Circuit" and terminate the motion.

IT IS SO ORDERED.

Dated:  **August 25, 2014**              /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE